PER 18 U.S.C. 3170

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ INFORMATION  ☒ INDICTMENT

**Matter Sealed:** ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding Indictment / Information  ☐ Defendant Added  ☐ Charges/Counts Added

**Name of District Court, and/or Judge/Magistrate Location (City)**
UNITED STATES DISTRICT COURT
DISTRICT OF LOUISIANA
EASTERN Divisional Office

**Name and Office of Person Furnishing Information on THIS FORM:** D. Stoddard
☒ U.S. Atty  ☐ Other U.S. Agency
Phone No. (504) 680-3000

**Name of Asst. U.S. Attorney (if assigned):** Chandra Menon

**CASE NO.** 15-289
**SECT. N MAG. 3**

**USA vs.**
**Defendant:** DEBRA BECNEL
**Address:** Violet, LA

☐ Interpreter Required  Dialect: _____

**Birth Date** 1960
☐ Male  ☒ Female  ☐ Alien (if applicable)

**Social Security Number** xxx-xx-1578

### PROCEEDING

**Name of Complainant Agency, or Person (& Title, if any)**
Special Agent Matt Russell, FBI

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

**Place of offense:** Chalmette, LA  **County:** St. Bernard

### DEFENDANT

**Issue:** ☐ Warrant  ☒ Summons

**Location Status:**
Arrest Date _____ or Date Transferred to Federal Custody _____

☐ Currently in Federal Custody
☐ Currently in State Custody
  ☐ Writ Required
☐ Currently on bond
☐ Fugitive

**Defense Counsel (if any):** _____
☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts: 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 U.S.C. § 242 | Deprivation of rights under color of law | 1 |
| 4 | 18 U.S.C. § 1001(a)(2) | False statements | 1 |