UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET |
| VERSUS | * | NO. 15-289 |
| DEBRA BECNEL, ET AL | * | SECTION: "N" |

**ORDER**

Considering Becnel's Motion to Continue Trial and Pretrial Conference,

IT IS HEREBY ORDERED that the motion is GRANTED. The Court finds that the ends of justice served by taking this action outweigh the best interest of the Defendants and the public in a speedy trial for the reason that failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

IT IS FURTHER ORDERED that the requested period of delay shall be excluded from the computation of time within which the trial of this offense must begin.

IT IS FURTHER ORDERED that the jury trial, currently set for February 22, 2016, is hereby CONTINUED as to all Defendants to  June 6, 2016, at 8:30 a.m.           .

IT IS FURTHER ORDERED that the Pretrial Conference, currently set for February 11, 2016, is hereby CONTINUED as to all Defendants to  May 26, 2016, at 10:30 a.m.      .

IT IS FURTHER ORDERED that the deadline for filing Pretrial Motions, currently set for January 22, 2016, is hereby CONTINUED as to all Defendants to  May 6, 2016, at 5:00 p.m.     .

New Orleans, Louisiana, this  22nd day of      January     , 2016.

_____
JUDGE KURT D. ENGELHARDT