UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 15-289 |
| VERSUS | SECTION "N" |
| ANDRE DOMINICK, TIMOTHY WILLIAMS, DEBRA BECNEL, LISA VACCARELLA | VIOLATION: 18:242; 18:1001(a)(2) |

NOTICE OF TRIAL

Take Notice that this criminal case set for trial on February 22, 2016 has been **CONTINUED AND RESET for JUNE 6, 2016 at 8:30 a.m.**, before Judge Kurt D. Engelhardt, Federal Court House Building, Courtroom C-351, 500 Poydras Street, New Orleans, LA 70130. Pre-Trial Conference is set for May 26, 2016 at 10:30 a.m. in chambers.

**\*\*IMPORTANT NOTE:  PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

|  |  |
|---|---|
|  | WILLIAM W. BLEVINS, CLERK |
| Date:  January 25, 2016 |  |
|  | Issued by C. Stouder |
| TO: | Deputy Clerk |
| Attorney for Andre Dominick: (Bond)<br>   Alan Tusa | AUSA: Chandra Menon, T.A. |
| Attorney for Timothy Williams: (Bond)<br>   Christen Chapman, FPD | U.S. Marshal<br>U.S. Probation Officer<br>U.S. Pretrial Services |
| Attorney for Debra Becnel: (Bond)<br>   Guy E. Wall | **JUDGE** |
| Attorney for Lisa Vaccarella: (Bond)<br>   Michael Ginart, Jr. |  |
| S/A Matt Russell, FBI<br>neworleans@ic.fbi.gov |  |
| **If you change address,<br>notify clerk of court<br>by phone,** (504)589-7683 | COURT REPORTER COORDINATOR<br>INTERPRETER: no |