UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

ANDRE DOMINICK, ET AL.

CRIMINAL ACTION

NO. 15-289

SECTION: "N"(3)

## O R D E R

The Clerk of Court is **ORDERED** to file the attached medical records into this federal lawsuit **UNDER SEAL**.  Only counsel and the Court shall have access to these medical records, and only counsel, the parties, and their experts may review them unless there is a further order by the Court.

New Orleans, Louisiana, this 1st day of July, 2016.

_____
DANIEL E. KNOWLES, III
UNITED STATES MAGISTRATE JUDGE