UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-289** |
| **v.** | * | **SECTION: "N" (3)** |
| **ANDRE DOMINICK** | * | |
| **TIMOTHY WILLIAMS** | | |
| **DEBRA BECNEL** | * | |
| **LISA VACCARELLA** | | |
| * * * | | |

**GOVERNMENT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

The United States of America, through the undersigned Assistant United States Attorney, respectfully moves this Honorable Court for the entry of the included proposed order authorizing and ordering the government to provide defense counsel with Louisiana Department of Children and Family Services ("DCFS") records subject to certain protective conditions. The government drafted the proposed order in consultation with defense counsel and anticipates it will be sufficiently protective while allowing the parties to use the records as necessary in preparing and litigating the above-captioned case. Counsel for each defendant indicated that there is no opposition to the proposed protective order's conditions.

The DCFS records are relevant to the above-captioned case, have been specifically requested by several defendants, and appear to be discoverable under federal criminal discovery law. The records should be protected because they include sensitive information related to a

confidential investigation. Additionally, the government submits that, although under such circumstances state privacy laws[1] are nonbinding,[2] such laws underscore the sensitive nature of DCFS records and further justify the proposed protective order.[3]

WHEREFORE, the United States respectfully moves this Court to enter the proposed protective order.

                                          Respectfully submitted,

                                          KENNETH ALLEN POLITE, JR.
                                          UNITED STATES ATTORNEY

                                           /s/ Chandra Menon
                                          CHANDRA MENON
                                          Assistant United States Attorney
                                          650 Poydras Street, Suite 1600
                                          New Orleans, Louisiana 70130
                                          Telephone:  (504) 680-3085

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to counsel for each defendant.

                                           /s/ Chandra Menon
                                          CHANDRA MENON
                                          Assistant United States Attorney

---

[1] Louisiana Children's Code article 615(E) states that "files, records, and pertinent information regarding the report and investigation shall be strictly confidential… shall not be disclosed or ordered to be produced in conjunction with any legal proceeding or other matter." Louisiana Revised Statutes section 46:56(A) states that "it shall be unlawful for any person to solicit, disclose, receive, make use of, or to authorize, knowingly permit, participate in, or acquiesce in the use of … client case records or the information contained therein for any purpose not directly connected with the administration of the programs of the department."

[2] *Am. Civil Liberties Union of Mississippi, Inc. v. Finch*, 638 F.2d 1336, 1342 (5th Cir. 1981) ("Except with respect to an element of a claim or defense as to which State law supplies the rule of decision, privileges … any privilege created by [state law] does not apply in federal court of its own force"); *United States v. Louisiana*, No. CIV.A. 11-470-JJB, 2012 WL 832295, at *3 (M.D. La. Mar. 9, 2012) ("La. R.S. 46:56, plainly binds neither the federal government nor a federal court…").

[3] *See e.g., Finch*, 638 F.2d at 1345 ("To the extent that this state interest is affected, it can be accommodated by the issuance of an appropriate protective order").