UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | NO. 15-289<br><br><br>SECTION "N" |

## ORDER

A status conference was held in this matter on Friday, March 10, 2017, at 11:30 a.m. In addition to the undersigned and Chynna Anderson, the undersigned's law clerk, attorneys Claude Kelly, Chandra Menon, Tracey Knight, Christine Siscaretti, Alan Tusa, Philip Wood, Sara Lewis, and Mike Ginart attended. As discussed during the status conference, **IT IS ORDERED** that:

(1) As stated in the Court's January 12, 2017 Order (Rec. Doc. 152), Defendants shall submit curriculum vitae and expert summaries relating to any experts testifying as to compliance with or relating to policies, training, and procedure on or before **Friday, March 24, 2017**. The government, if it intends to call any expert in this regard *in rebuttal*, shall submit the same to Defendants on or before **Friday, April 7, 2017**.

(2) All deadlines regarding the disclosure of medical opinions, as established in the Court's January 12, 2017 Order (Rec. Doc. 152), shall remain in place. However, as discussed at the March 10, 2017 conference, Defendant Andre Dominick's counsel shall have until **Friday, April 7, 2017** to disclose his medical expert's opinion. With regards to this expert, the government, if it intends to call any expert in rebuttal, shall submit the same to Defendant Andre Dominick's counsel on or before **Friday, April 21, 2017**.

Case 2:15-cr-00289-ILRL-DMD   Document 163   Filed 03/14/17   Page 2 of 2

2

(3) The government shall circulate stipulations to Defendants on or before **Friday, March 24, 2017**. All Defendants must respond to such stipulations on or before **Friday, April 7, 2017**.

New Orleans, Louisiana, this 14th day of March 2017.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**