MINUTE ENTRY
ENGELHARDT, J.
September 21, 2017

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK, TIMOTHY WILLIAMS, DEBRA BECNEL, LISA VACCARELLA | SECTION "N" (3) |

A status conference was conducted on Thursday, September 21, 2017, at 9:00 a.m. Participating were Alan B. Tusa, counsel for defendant, Andre Dominick; Claude J. Kelly and Jerrod Thompson-Hicks, counsel for defendant, Timothy Williams; Guy E. Wall and Sara Lewis, counsel for defendant, Debra Becnel; Anna L. Friedberg,, counsel for defendant, Lisa Vaccarella; AUSAs Chandra Menon and Tracey D. Knight; and Christine M. Siscaretti of the United States Department of Justice (Civil Rights Division – EOS).

JS10 (00:45)