UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER:  15-289 |
| ANDRE DOMINICK, ET AL | SECTION: "B" (2) |

## ORDER

A  status  conference  will  be  held  in  chambers  on  **Thursday, July 20, 2018** at **8:30 a.m.** with all  counsel  of  record.

New Orleans, Louisiana, this 6th day of July, 2018.

_____
SENIOR  UNITED  STATES  DISTRICT  JUDGE