```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK, LISA VACCARELLA, AND DEBRA BECNEL** | **SECTION: "B"(3)** |

**ORDER**

Considering the foregoing Motion to Adopt All Pre-Trial Motions, Pre-Trial Objections, and Trial Objections (Rec. Doc. 549),

**IT IS ORDERED** that the motion is **GRANTED**. Each defendant is permitted to adopt and deemed to have adopted all pre-trial motions filed by any other co-defendant, all pre-trial objections made by any other co-defendant, and all trial objections made by any other co-defendant.

New Orleans, Louisiana, this 5th day of November, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE