UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 15-289** |
| **ANDRE DOMINICK, ET AL** | **SECTION: "B" (2)** |

## ORDER

As part of the Court's responsibility to assess CJA appointments and conditions for appointed counsel,

**IT IS HEREBY ORDERED** that defendants, Andre Dominick, Debra Becnel and Lisa Vaccarella shall submit to the Court updated financial affidavits no later than **December 6, 2018.**

New Orleans, Louisiana this 20th day of November, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE