**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                                    **CRIMINAL ACTION**

**VERSUS**                                                      **NO. 15-289**

**ANDRE DOMINICK, LISA VACCARELLA,**                            **SECTION: "B"(3)**
**AND DEBRA BECNEL**

<u>**ORDER**</u>

Considering the Government's Motion to Consider Proceedings in Absentia (Rec. Doc. 583), Defendant Andre Dominick's Response in Opposition (Rec. Doc. 585), Defendant Andre Dominick's November 13, 2018 Sealed Response in Opposition, Defendant Lisa Vaccarella's Response in Opposition (Rec. Doc. 587), Defendant Debra Becnel's Response (Rec. Doc. 586), the Government's Reply (Rec. Doc. 589), and Oral Argument held on November 14, 2018,

**IT IS ORDERED** that the motion to proceed in absentia is **DENIED** for reasons stated orally in Court on November 14, 2018;

**IT IS FURTHER ORDERED** that, upon request of all defendants, the Court declares a **MISTRIAL**. This case will be reset for a jury trial in the near future. Counsel shall be prepared for a jury trial in this matter no later than the end of February 2019. *See* 18 U.S.C.S. § 3161 (h)(1)(A);

**IT IS FURTHER ORDERED** that once Defendant Andre Dominick is placed in a federal facility as stated in Rec. Doc. 594, a report shall be issued by the facility within 30 days of Defendant Dominick's arrival. After the report is received by the Court and

1

distributed to all pertinent counsel, Counsel for Dominick and the Government shall file their respective responses to that report within 7 days after receipt. Thereafter, a status conference with those counsel shall be conducted before the undersigned;

**IT FURTHER ORDERED** that Defendant Vaccarella and Defendant Becnel are released on their same bond and pretrial release conditions; Defendant Dominick's pretrial release was revoked in a prior order, with reasons;

**IT IS FURTHER ORDERED** that all trial subpoenas shall remain in effect up to and through the new trial dates. Counsel shall notify all served witnesses with a copy of this Order.

New Orleans, Louisiana, this 20th day of November, 2018.

_____
SENIOR UNITED STATES DISTRICT JUDGE