**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK, LISA VACCARELLA, AND DEBRA BECNEL** | **SECTION: "B"(3)** |

**ORDER**

**IT IS HEREBY ORDERED** that a hearing with Counsel for Defendant Andre Dominick and the Government will be held on **Wednesday, January 9, 2019, at 1:00 p.m.** with undersigned to discuss Defendant's transfer to Marshal's custody and other pertinent issues.

New Orleans, Louisiana, this 7th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE

1