UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                   NUMBER: 15-289

ANDRE DOMINICK, ET AL                    SECTION: "B" (2)

## ORDER

Due to a conflict in the Court's calendar the telephone status conference with counsel for Andre Dominick and the Government scheduled for Tuesday, January 29, 2019 is hereby **CONTINUED** to **Thursday, January 31, 2019** at **10:00 a.m.**

All participants shall call in for the conference using **(888) 684-8852, Access Code 8374480#**.

New Orleans, Louisiana this 28th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE