UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK, LISA VACCARELLA, AND DEBRA BECNEL | SECTION: "B"(3) |

## ORDER

**IT IS ORDERED** that the hearing presently set for Wednesday, February 13, 2019 at 2:00 p.m. is **CANCELLED**. The Court will take the pending motions and response (Rec. Doc. Nos. 625, 626, 632) under advisement.

New Orleans, Louisiana, this 12th day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE