UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK | SECTION: "B"(3) |

### ORDER

**IT IS ORDERED** that Dr. Anjali Niyogi and Dr. David Meyers are designated to conduct an examination of the defendant Andre Dominick to evaluate his physical readiness for trial. Each examination shall take place at the Plaquemines Parish Detention Center, unless the United States Marshals Service determines that another facility is more appropriate. The United States Marshals Service is authorized to transport Dominick for evaluation if he is medically cleared to do so. Dr. Anjali Niyogi and Dr. David Meyers will each schedule the date and time of the examination with the United States Marshals Service, to occur as soon as practical and to allow adequate time to prepare the report described below.

**IT IS FURTHER ORDERED** that **within 45 days** of the date of this order, Dr. Anjali Niyogi and Dr. David Meyers will each submit to this Court-and to the attorneys for both the defendant Andre Dominick and the government-a written report including the examiner's opinions as to whether Dominick is physically

1

ready for trial along with suggested measures to address reasonably foreseeable health issues at trial.

**IT IS FURTHER ORDERED** that the United States Marshals Service, counsel for Andre Dominick, and the government are authorized to provide Dr. Anjali Niyogi and Dr. David Meyers with copies of any records obtained from University Medical Center and the Plaquemines Parish Sheriff's Office concerning Andre Dominick.

**IT IS FURTHER ORDERED** that any period of delay resulting from proceedings concerning Andre Dominick's mental capacity be excluded for purposes of the Speedy Trial Act pursuant to Title 18, United States Code, Sections 3161(h)(1)(A), (h)(3)(A), and (h)(1)(D), and because the Court finds the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial pursuant to Section 316l(h)(7)(A).

New Orleans, Louisiana, this 22nd day of February, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE