UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NUMBER: 15-289 |
| ANDRE DOMINICK, ET AL | SECTION: "B" (2) |

## ORDER

Based on today's teleconference with parties' counsel, **IT IS HEREBY ORDERED** that Defendant Andre Dominick's motion for leave to file supplemental memorandum in support of defendant's motion to sever parties ex parte is **GRANTED**. Defendant Dominick's motion to have it filed under seal is **GRANTED** in part, to seal the supplemental memorandum from public record, and **DENIED** to the extent that the motion seeks to seal the supplemental memorandum from access by counsel of record for the Government, and remaining defendants who are proceeding to trial, Becnel and Vaccarella. A hearing is required to consider the underlying basis in support of and in opposition to the severance request. Counsel for parties named above have a right to discover, challenge, or support instant claimed basis to sever parties. The motion does not disclose movant's defense strategy. All of defendants' "affirmative evidence" listed on page 2 of the supplemental motion was developed at the last trial and the subject of various pretrial motions. Further, movant states there is no present indication that above noted co-defendants would testify at trial.

New Orleans, Louisiana this 4th day of December, 2019

_____
SENIOR UNITED STATES DISTRICT JUDGE