UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-289** |
| **v.** | * | **SECTION: "B"** |
| **ANDRE DOMINICK**<br>**DEBRA BECNEL**<br>**LISA VACCARELLA** | *<br><br>* | |

\* \* \*

**GOVERNMENT'S RESPONSE TO DOMINICK'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE MOTION TO CONTINUE BASED ON
CLIENT'S MEDICAL ISSUES AND TO PRODUCE MEDICAL REPORT**

A trial in this matter is set for January 21, 2020. On December 21, 2019, Andre Dominick filed a motion titled "Unopposed Motion to Extend Time to File Motion to Continue Based on Client's Medical Issues and to Produce Medical Reports." (Rec. Doc. 698). The opening line of the motion indicates that defendant Dominick and the government are jointly submitting the motion, which requests until January 7, 2020, to file a motion to continue the trial. The government files this response to clarify its position. As explained below, the government is not opposed to the defendant seeking additional time, if necessary. However, the government does not join in his motion seeking an additional two weeks to file a motion to continue.

On December 19, 2019, Dominick's counsel asked all parties by email if they would be inclined to jointly request to extend filing deadlines until December 30, 2019. Later that day, government counsel responded, in an email that followed a telephone conversation, that "the government wouldn't object to you getting a good cause extension of the motion to continue deadline if the information you need to make a decision can't be obtained in time."

To date, counsel for Dominick has not received medical records from the hospital and has been unable to speak to his client's doctor. In the absence of any information regarding Dominick's medical condition and prognosis, the government does not object to extending defendant Dominick's motion filing deadline. However, in light of the fast-approaching trial date, the government suggests an extension to December 30, 2019.

Respectfully submitted,

| | |
|---|---|
| PETER G. STRASSER<br>UNITED STATES ATTORNEY<br>Eastern District of Louisiana | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division<br>United States Department of Justice |
| *s/ Chandra Menon*<br>CHANDRA MENON<br>Assistant United States Attorney<br>650 Poydras Street, Suite 1600<br>New Orleans, Louisiana 70130<br>Telephone:  (504) 680-3085<br>Chandra.Menon@usdoj.gov | *s/ Christine M. Siscaretti*<br>CHRISTINE M. SISCARETTI<br>Trial Attorney, Civil Rights Division<br>950 Pennsylvania Avenue, NW - PHB<br>Washington, District of Columbia 20530<br>Telephone: (202) 514-7852<br>Christine.Siscaretti@usdoj.gov |
| *s/ Tracey N. Knight*<br>TRACEY N. KNIGHT<br>Assistant United States Attorney<br>Louisiana Bar Roll Number 23165<br>650 Poydras, Suite 1600<br>New Orleans, Louisiana  70130<br>Telephone:  (504) 680-3080<br>Tracey.Knight@usdoj.gov | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*s/ Chandra Menon*
CHANDRA MENON
Assistant United States Attorney