UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 15-289 |
| | * | |
| ANDRE DOMINICK, | * | SECTION:  "B" |
| | * | |
| | * | |

## **NOTICE OF HEARING**

     Please take Notice that the undersigned will bring the attached Motion to Continue Trial for hearing before the Honorable IVAN L.R. LEMELLE, United States District Judge, 500 Camp Street, New Orleans, Louisiana at 2:00 pm on the 7th day of January, 2020.

     Metairie, Louisiana, this 23rd day of December 2019

     Respectfully submitted:


     _s/Paul C. Fleming, Jr._____
     PAUL C. FLEMING, JR., LA Bar # 23076
     2821 Kingman St., Suite C
     P.O. Box 491
     Metairie, LA 70004
     504-888-3394
     pfleming@fleminglaw.net
     Attorney for ANDRE DOMINICK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | * | CRIMINAL ACTION |
| | * | |
| VERSUS | * | CASE NO.: 15-289 |
| | * | |
| ANDRE DOMINICK | * | SECTION:  "B" |
| | * | |
| | * | |

**<u>CERTIFICATE OF SERVICE</u>**

    I hereby certify that I have served the foregoing pleading on all counsel by the Clerk's CM/ECF/electronic mail this day of 23rd of December, 2019.

s/Paul C. Fleming, Jr.       

PAUL C. FLEMING, JR.
