UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-289** |
| **v.** | * | **SECTION: "B"** |
| **ANDRE DOMINICK** | * | |
| **DEBRA BECNEL** | | |
| **LISA VACCARELLA** | * | |

\* \* \*

### GOVERNMENT'S MOTION TO SEAL THE GOVERNMENT'S RESPONSE IN OPPOSITION TO DOMINICK'S MOTION TO SEVER

The United States of America respectfully moves the Court to seal Document 699 in the Court record, which is the Government's Response in Opposition to Dominick's Motion to Sever. Document 699 discusses the contents of Document 685, which is a supplemental memorandum

that Dominick submitted under seal. Because Document 699 discusses sealed matters, it too should be sealed. Accordingly, the government requests that Document 699 be sealed.

Respectfully submitted,

PETER G. STRASSER
UNITED STATES ATTORNEY
Eastern District of Louisiana

*/s/ Chandra Menon*
CHANDRA MENON
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3085

*/s/ Tracey N. Knight*
TRACEY N. KNIGHT
Assistant United States Attorney
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone:  (504) 680-3080

ERIC S. DREIBAND
Assistant Attorney General
Civil Rights Division
United States Department of Justice

*/s/ Christine M. Siscaretti*
CHRISTINE M. SISCARETTI
Trial Attorney, Civil Rights Division
950 Pennsylvania Avenue, NW - PHB
Washington, District of Columbia 20530
Telephone: (202) 514-7852

**CERTIFICATE OF SERVICE**

I hereby certify that on December 31, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all defense counsel of record.

*/s/ Chandra Menon*
CHANDRA MENON
Assistant United States Attorney