```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

**UNITED STATES OF AMERICA**                                **CRIMINAL ACTION**

**VERSUS**                                                  **NO. 15-289**

**ANDRE DOMINICK, ET AL**                                   **SECTION: "B"(3)**

### TRIAL PREPARATION ORDER

A final pre-trial conference was held today with counsel for all parties present. Discussion included remaining issues before trial. Accordingly,

**IT IS ORDERED** that:

1. Counsel for defendant Andre Dominick ("Dominick") and the Government shall confer with pertinent medical staff and the Marshal's Service to determine whether Dominick's ability to proceed to trial has changed. Parties are instructed to submit the results of their conference to the court **no later than Monday, January 13, 2020**;

2. Any motions to continue trial, if any, shall be filed no later than **Friday, January 10, 2020, by 2:00 p.m.**;

3. Government's motion in limine to preclude defendant Lisa Vaccarella from introducing irrelevant exhibits (Rec. Doc. 700) is **GRANTED** for oral reasons stated, without prejudice to re-urge use at trial for impeachment purposes;

4. The Government shall provide remaining *Jencks*, *Giglio*, and *Brady* materials, if any, **no later than Friday, January 17, 2020, by close of business**;

5. Parties shall submit in digital format a listing of trial witnesses and exhibits to the court **no later than Friday, January 17, 2020, by close of business**;

6. Counsel shall submit, in hard copy and electronic format[1], **JOINT** proposed voir dire questions, special jury charges, and verdict forms, if any, **no later than Tuesday, January 14, 2020**;

7. Any admissions against defendants that the Government plans to use are **due no later than Friday, January 10, 2020**;

8. Any stipulations by parties are due **no later than Tuesday, January 14, 2020**;

9. Memoranda on issues discussed during today's conference shall be submitted no later than **Tuesday, January 14, 2020**;

---

[1] Must be on flash drive or CD-ROMs in Microsoft Word format (.doc or .docx).

10. Counsel shall submit a final list of all witnesses on the morning of trial, **Tuesday, January 21, 2020,** to be used during jury voir dire;

11. **No later than Friday, January 17, 2020, by close of business,** counsel for all parties shall prepare and submit to the Court two (2) copies of a Joint Bench Book which shall contain:

    (a) An index of all exhibits listing and numbering all exhibits therein. All "un-objected to" exhibits are to be listed first followed by the "objected to" exhibits. All un-objected to exhibits are to be listed and numbered sequentially. All objected to exhibits shall follow with separate designations according to the party submitting the exhibit (e.g. P-1, D-1). In a separate document to be submitted to the Court at the same time, the offering party must briefly respond to each objection in 2-3 words;

    (b) All exhibits are to be included in the Joint Bench Book and tabbed. Each individual exhibit exceeding 5 pages in length shall be individually paginated;

    (c) Each exhibit book shall be labeled with the name and telephone number of attorneys as well as the case and volume number on the outside;

    (d)    All Joint Bench Books shall be picked up by counsel no later than the first Friday after the completion of the trial, unless this matter is taken under advisement;

    (e)    An exhibit list of those exhibits included in the Joint Bench Book shall be filed **no later than Friday, January 17, 2020**;

12. The parties are warned that they, their witnesses, and any other persons needing to participate in the trial must have photo identification to enter the Courthouse and Courtroom. If a person is prevented from entering the building or room because of improper identification, he or she is not relieved of his or her obligations under a valid subpoena or other order of this Court to appear.

13. Jury trial is set for **TUESDAY, JANUARY 21, 2020 at 8:30 A.M.** for an expected duration of 10-16 days. Defendants are allotted a total of fifteen (15) peremptory challenges; the United States is allotted eleven (11). Both sides will receive two (2) additional challenges for selection of alternate jurors.

New Orleans, Louisiana this 8th day of January, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE