UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 15-289** |
| **ANDRE DOMINICK, ET AL** | **SECTION: "B" (2)** |

## ORDER

A hearing will be held on **Tuesday, January 14, 2020** at **2:00 p.m.** before the undersigned to reconsider Defendant, Andre Dominick's detention and the current status of trial based upon recent updates on Dominick's medical status from his medical care providers and Deputy Marshal Andrew Conklin.

New Orleans, Louisiana this 10th day of January, 2020

_____
SENIOR UNITED STATES DISTRICT JUDGE