UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | SECTION "B" |

## NOTICE OF SENTENCING AS TO ANDRE DOMINICK

Take notice that this criminal case has been set for **SENTENCING** on **June 10, 2020, at 2:00 p.m.**, before Senior U. S. District Judge Ivan L. R. Lemelle, 500 Poydras Street, Courtroom C-501, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE:   PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date:   January 16, 2020 | CAROL L. MICHEL, CLERK |
| TO: | Issued by:   Kimberly County, Deputy Clerk |
| ANDRE DOMINICK<br>c/o USM<br>**COUNSEL FOR DOMINICK:**<br>PAUL CHARLES FLEMING, JR.<br>pfleming@fleminglaw.net | AUSA:   Chandra Menon, T.A.<br>Tracey Knight<br>Christine Siscaretti |
| | U.S. Marshal |
| TIMOTHY WILLIAMS (Bond)<br>**COUNSEL FOR WILLIAMS:**<br>JERROD THOMPSON-HICKS, AFPD<br>CLAUDE KELLY, FPD | U.S. Probation Office/Pretrial Services Unit<br><br>**JUDGE LEMELLE**<br><br>**MAGISTRATE JUDGE** |
| DEBRA BECNEL (Bond)<br>**COUNSEL FOR BECNEL:**<br>GUY E. WALL<br>gwall@wallbulling.com<br>SARA LEWIS<br>slewis@wallbulling.com | COURT REPORTER COORDINATOR<br>INTERPRETER: None<br><br>S/A Matt Russell, FBI<br>neworleans@ic.fbi.gov |
| LISA VACCARELLA (Bond)<br>**COUNSEL FOR VACCARELLA:**<br>ANNA LISA FRIEDBERG<br>afriedberglaw@gmail.com<br>ANDREW DUFFY<br>ajduffy@cox.net | |