UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK** | **SECTION: "B"(3)** |

## ORDER

**CONSIDERING** defendant Andre Dominick's motion to expedite his release due to the COVID-19 Pandemic (Rec. Doc. 772),

**IT IS ORDERED** that the motion to expedite is **DENIED**; and

**IT IS FURTHER ORDERED** that in consideration of the underlying request and reasons to reconsider defendant's detention, defendant shall file **no later than March 25th** a memorandum of law and factual documentation about his current health status, including any symptoms associated with COVID-19; the government's reply memorandum shall be filed **no later than March 31st.** All sensitive personal medical information may be filed under seal.

Thereafter, the court will decide whether to conduct a hearing via teleconference or only on submitted memoranda.

New Orleans, Louisiana this 19th day of March, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE