**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK** | **SECTION: "B"(3)** |

## ORDER & REASONS

Before the Court are defendant Andre Dominick's motion to reopen detention proceedings and release defendant (Rec. Doc. 771) and the government's response in opposition (Rec. Doc. 778). Accordingly,

**IT IS ORDERED** that defendant Andre Dominick's motion to reopen detention proceedings and release defendant (Rec. Doc. 771) is hereby **DENIED**.

It is undisputed and after due hearings, Mr. Dominick was found to have violated court ordered conditions of pretrial release by possessing a firearm and using same near the end of the government's presentation of its case-in-chief at trial to inflict a nearly fatal gunshot wound upon himself. In addition, on or about December 19, 2018, he checked himself out of the hospital against medical advice and without the required pre-authorization of the court to attend his daughter's wedding. On November 16, 2018, Mr. Dominick's unsecured bond was revoked. In light of the above and despite Mr. Dominick's ongoing medical issues, there remain

no conditions that will reasonably assure the safety of the community and the defendant.

Further, Mr. Dominick was found guilty pursuant to a knowing and voluntary plea of guilty on January 16, 2020. His sentencing is currently set to occur on June 10, 2020. Rec. Doc. 764. The instant motion to reopen detention proceedings and release defendant in light of the national health crisis was filed on his behalf on March 17, 2020. Rec. Doc. 771. Subsequently, parties were directed to file memoranda and supporting documentation for or against that motion. There have been no such filings by movant and the government's response was reportedly filed today.

Given the foregoing along with all medical materials filed in the record pertaining to Mr. Dominick and considering applicable statutory factors under 18 U.S.C. § 3143, there has been no showing by clear and convincing evidence that he is not likely to pose a danger to himself or others if released from detention. Moreover, there is no medical or other evidence of record showing that Mr. Dominick has or is likely to become infected with the COVID-19 virus at his current place of detention.

New Orleans, Louisiana this 31st day of March, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE