UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NUMBER: 15-289** |
| **ANDRE DOMINICK,** | |
| **TIMOTHY WILLIAMS,** | **SECTION: "B"(3)** |
| **DEBRA BECNEL, AND** | |
| **LISA VACCARELLA** | |

## ORDER

**IT ORDERED** that a telephone conference be held on **Wednesday, December 2, 2020** at **10:00 a.m.** with all counsel of record and the Marshal's Office to discuss the upcoming in-person sentences scheduled for January 20, 2021 and February 3, 2021. Counsel of Record, Deputy Marshals Doug Farrell and/or Andrew Conklin, and U. S. Probation shall call in via telephone to **(888) 684-8852**, access code **8374480#** at the appropriate time.

New Orleans, Louisiana this 24th day November, 2020.

_____
SENIOR UNITED STATES DISTRICT JUDGE

**CLERK TO NOTIFY:**
**ALL COUNSEL OF RECORD**
**U.S. MARSHAL SERVICE and**
**U.S. PROBATION OFFICE**