MINUTE ENTRY
LEMELLE, J.
DECEMBER 2, 2020
JS10: 00:40

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | SECTION: B |

## TELEPHONE STATUS CONFERENCE

Courtroom Deputy:      Kimberly County/Dena White

APPEARANCES:   Chandra Menon, Tracy Knight and Christine Siscaretti, Asst. U. S. Attorneys
Paul Fleming, Jr., Counsel for Andre Dominick
Jerrod Edward Tompson-Hicks, Counsel for Timothy Williams
Guy E. Wall and Sara Lewis, Counsel for Debra Becnel
Anna Lisa Friedberg and Andrew Duffy, Counsel for Lisa Vaccarella
Andrew Conklin, U. S. Marshal Service
Marilyn Brassett, U. S. Probation

The following was discussed:
Counsel for the defendant shall notify the Court by January 3, 2021, whether defendants will consent to proceed via video for sentencing.
Probation shall file updated PSRs by January 3, 2021.
Parties shall confer and attempt to work out stipulations in lieu of live testimony by January 3, 2021. Parties notified that any live witnesses will appear via video.
Victims have the right to appear in person.
Counsel to confer and inform the Court by January 3, 2021, of suggested times to stagger sentencings set for January 20, 2021, alternatively, dates to reset sentencings as to Becnel and Vaccarella.
Counsel informed that any letters submitted directly to the Court will not be accepted; letters are to be submitted to U. S. Probation.
Court adjourned.