UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK ET AL.** | **SECTION: "B"(3)** |

### ORDER

A telephone status conference was held on **Wednesday, December 2, 2020** with all counsel of record, representatives from U. S. Probation Office and Marshal Service to discuss certain issues before defendants' sentencing in the above-captioned matter. The sentencing for defendants Dominick, Becnel, and Vaccarella are currently set for **Wednesday, January 20, 2021** at **2:00 p.m.** The sentencing for defendant Williams is scheduled for **February 3, 2021** at **2:00 p.m.** Considering everyone's discussions and suggestions made during today's conference,

**IT IS ORDERED** that no later than **January 4, 2021:**

1. Counsel shall inform the court if any defendant waives personal appearance and consents to proceed via video by producing the signed form for that purpose;

2. Counsel shall inform the court if any defendant develops health issues that would show good cause for rescheduling that defendant's sentencing;

1

3. Government's counsel shall assist U. S. Probation with updating presentence reports on victim restitution issues;

4. Counsel shall confer with non-party witnesses and all other counsel in a good faith effort to submit written stipulations and/or signed witness statements in lieu of live testimony; failing that, counsel shall arrange for their witnesses to testify via Zoom videoconference. Counsel will be responsible for their witnesses having the correct equipment if they are proceeding via Zoom. Defendants and Victims identified in presentence reports retain the right to appear in person but may provide a written stipulation or testify via Zoom in lieu of live testimony. The Court will consider allocution from all defendants, victim impact statements and non-cumulative witness statements.  However, in an effort to minimize COVID-19 exposures, any correspondence not heretofore transmitted should be emailed to the United States Probation Office and copied to all counsel of record no later than **January 4, 2021**. To further minimize exposure risks, the Court will **not** accept postal, FedEx, UPS, or other non-electronically delivered communications during the COVID-19 pandemic, without prior express permission from the Court;

5. To further minimize exposure risks during the COVID-19 pandemic, counsel shall confer and suggest staggered sentencing times for defendants who are set to proceed on

   January 20th, or alternatively, suggest other sentencing dates for defendants Vacarrella and Becnel. That should occur only after counsel confer also with representatives from U. S. Probation and Marshal offices; and

6. The Court may consider an extension of preceding deadlines upon a showing of good cause and certified attempts to obtain consent from all parties, **provided** the motion for extension is filed **no later than January 2, 2021.**

   New Orleans, Louisiana this 2nd day of December, 2020

   _____
   SENIOR UNITED STATES DISTRICT JUDGE