```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
```

**UNITED STATES OF AMERICA**                      **CRIMINAL ACTION**

**VERSUS**                                        **NO. 15-289**

**ANDRE DOMINICK ET AL.**                         **SECTION: "B"(3)**

<u>**ORDER**</u>

The Court held a teleconference on **Tuesday, January 12, 2021** to discuss defendant Andre Dominick's health status, the defendants' joint motion to continue sentencing, and the government's opposition to that motion.

Based upon the unopposed opinion from his physician, Andre Dominick is found ready health-wise to proceed to sentencing. After further discussions received from all counsel, and for good cause found for a brief continuance of sentencing dates,

**IT IS ORDERED** that counsel for all parties shall confer no later than **Tuesday, January 19, 2021** to agree upon new sentencing dates staggered up to, but no later than **Wednesday, March 17, 2021.** Everyone was reminded that the Court prefers Wednesdays at 2:00 p.m. for sentencing hearings to ensure adequate staffing with the U. S. Marshals Service. In preparation for the foregoing conference amongst all counsel,

**IT IS FURTHER ORDERED** that all counsel shall immediately confirm which family members and other witnesses will be present at the sentencing hearing; and provide all parties' counsel with a written list of those individuals who will be present and who

will be expected to testify, along with a brief statement about the subject matter of each witness' expected testimony; and

**IT IS FURTHER ORDERED that no later than Tuesday, January 26, 2021** all letters and/or affidavits on behalf of victims and defendants shall be sent to U.S. Probation and counsel for all other parties. Written materials thusly submitted should not be cumulative to a witness' prior submissions, including information already contained in presentence reports.

The instant continuance of presently set sentencing hearings is allowed to give all defendants additional opportunity to complete preparations for said hearings and based upon representations by defense counsel that a 30 to 60-day delay would be sufficient.

Based upon existing COVID-19 pandemic-related orders designed to minimize exposure to that deadly virus, everyone was further reminded that no one will be allowed into the courthouse who has or displays symptoms of that virus, who is unmasked, who fails to comply with social distancing measures, and who fails to comply with well-publicized pandemic protocols and regulations issued by the Center for Disease Control (CDC) and governmental officials.

Defendants currently maintain the right to physically appear for sentencing. If anyone of them choses to waive that right and consent to proceed by video means, they may do so before sentencing, preferably no later than 5-days prior to their sentencing date in writing.

New Orleans, Louisiana this 12th day of January 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE