MINUTE ENTRY
LEMELLE, J.
JANUARY 12, 2021
JS10:  00:59

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 15-289 |
| ANDRE DOMINICK<br>TIMOTHY WILLIAMS<br>DEBRA BECNEL<br>LISA VACCARELLA | SECTION: B |

## TELEPHONE STATUS CONFERENCE

Courtroom Deputy:  Dena White

APPEARANCES:	Chandra Menon, Tracy Knight and Christine Siscaretti, Asst. U. S. Attorneys
Paul Fleming, Jr., Counsel for Andre Dominick
Jerrod Edward Tompson-Hicks, Counsel for Timothy Williams
Guy E. Wall and Sara Lewis, Counsel for Debra Becnel
Anna Lisa Friedberg and Andrew Duffy, Counsel for Lisa Vaccarella

The following was discussed:
Motion to Continue Sentencing Hearing, Rec. Doc. 819, GRANTED.
Sentencings scheduled for January 20, 2021, as to Dominick, Vaccarella and Becnel, and February 3, 2021 as to Williams, CONTINUED.
Counsel to confer no later than by January 19, 2021, of suggested times to stagger sentencings.
Parties shall confer regarding witnesses who will appear and testify.
Victims have the right to appear in person.
Counsel informed that letters on behalf of victims and defendants are to be submitted to U. S. Probation no later than January 26, 2021.
Court adjourned.