UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 15-289** |
| **ANDRE DOMINICK ET AL.** | **SECTION: "B"(3)** |

### ORDER

**IT IS ORDERED** that the sentencings for the defendants in the above-captioned case are hereby scheduled as follows:

- Debra Becnel for **March 10, 2021** at **9:00 a.m.**
- Lisa Vaccarella for **March 10, 2021** at **2:00 p.m.**
- Timothy Williams for **March 11, 2021** at **9:00 a.m.**
- Andre Dominick for **March 11, 2021** at **2:00 p.m.**

New Orleans, Louisiana this 3rd day of February, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE