MINUTE ENTRY
LEMELLE, J.
MARCH 11, 2021
JS10:  02:18

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                        CRIMINAL ACTION

VERSUS                                          NO. 15-289

ANDRE DOMINICK (1)                              SECTION: B

**SENTENCING**

Courtroom Deputy:     Dena White/ Cherie Stouder
Court Reporter:       Sandy Minutillo

APPEARANCES:     Chandra Menon and Tracey N. Knight, Asst. U. S. Attorneys
                 Paul Charles Fleming, Jr., Counsel for Defendant
                 Marilyn Brasset, U. S. Probation Officer (via video)
                 Andre Dominick, Defendant


Case called; all present and ready.
Defendant questioned regarding sentencing memoranda.
Court questions USPO and counsel for Government and defendant regarding objections to presentence report and rules on objections as stated on the record.
Court accepts revised presentence report and sentencing guidelines prepared by USPO.
Statement by Deshawna Henry, victim's sister.
Statement by Jah-Keim Isidore, victim's brother.
Statement by Shea Abraham, victim's aunt (via video).
Statement by Kerwin Walters, victim's uncle (via video).
Statement by Dennis Morgan, defendant's friend and co-worker, in mitigation of sentence.
Statement by Patricia Dominick, defendant's sister, in mitigation of sentence.
Statement by Claudia Fos, defendant's mother-in-law, in mitigation of sentence.
Statement by Kayla Dominick Thorne, defendant's daughter, in mitigation of sentence.
Statement by Dejongh Henry, victim's brother (via video).
Statement by defendant in mitigation of sentence.
Statements by counsel for defendant and the Government regarding sentencing.
Defendant sentenced as to Count 1 of the Indictment.

MINUTE ENTRY
LEMELLE, J.
MARCH 11, 2021
Page 2

_____

Government's oral motion to dismiss remaining Count of the Indictment as to Dominick (Count 2 of the Indictment) – GRANTED.
See Judgment.
Defendant is remanded to the custody of the U. S. Marshal.
Court adjourned.